UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIEN TRUNG LE,

     Petitioner,

v.

TROY GOODNOUGH, et al.,

     Respondents.

Case No. 26-cv-10563

Honorable Robert J. White

## STIPULATED ORDER REQUIRING RESPONSE

On February 17, 2026, petitioner filed a petition for a writ of habeas corpus challenging his detention by ICE, (ECF No. 1). For good cause, the Court may set a deadline for the respondents to respond to the petition. *See* 28 U.S.C. § 2243. Accordingly,

IT IS STIPULATED by the parties that:

1. Respondents shall respond to the petition for a writ of habeas corpus no later than March 9, 2026.

2. If petitioner chooses to file a reply, he must do so no later than three business days after respondents file their response.

3. Petitioner delivered a copy of the petition to the U.S. Attorney's Office for the Eastern District of Michigan by certified mail on February 18, 2026, which constituted proper service upon delivery.

SO ORDERED.


Dated: February 19, 2026                    s/Robert J. White
                                            Robert J. White
                                            United States District Judge




**STIPULATED TO**:

Birach Law, PC                      Jerome F. Gorgon Jr.
                                    United States Attorney


*/s/ Bob Birach (w/ consent)*       s/Zak Toomey
Robert M. Birach (P29051)           Zak Toomey (MO61618)
26211 Central Park Blvd.            Assistant U.S. Attorney
Suite 209                           211 W. Fort St., Ste. 2001
Southfield, Michigan 48076          Detroit, MI  48226
(313) 964-1234                      313-226-9617
bob@cgblegal.com                    zak.toomey@usdoj.gov

*Attorneys for Petitioner*          *Attorneys for Respondents*


Dated: February 18, 2026            Date: February 18, 2026